IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WARD and CARRIE LYNN CARLILE-WARD,<br><br>  Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, N.A. and DOES 6-100,<br><br>  Defendants. | 1:11-CV-0515 AWI SMS<br><br>ORDER VACATING HEARING DATE OF DECEMBER 12, 2011, AND TAKING MATTER UNDER SUBMISSION |

In ths action for injunctive relief, defendant Wells Fargo Bank, N.A. ("Defendant") has filed a motion for award of attorney's fees from plaintiffs Donald Ward and Carrie Lynn Carlile-Ward. Defendant's motion for award of attorney's fees was set for oral argument to be held on December 12, 2011. Defendants's opposition to Plaintiff's motion, which was due not later than December 3, 2011, has not been filed as of the date of this order, consequently the motion may not be opposed at oral argument. Local Rule 78-230(b). The court has determined that this motion is suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 12, 2011, is VACATED, and no party shall appear at that time. As of December 12, 2011, the Court will take the matter under submission, and will thereafter issue its decision, taking into account the Magistrate Judge's order.

IT IS SO ORDERED.

Dated:   December 7, 2011                                        _____
                                                                                    CHIEF UNITED STATES DISTRICT JUDGE